# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **JEREMIAH M. SULLIVAN,** | : | |
| Plaintiff, | : | |
| v. | : | No. 3:20-CV-79-CAR-MSH |
| **COMMISSIONR OF SOCIAL SECURITY,** | : | Social Security Appeal |
| Defendant. | : | |

## ORDER ON REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation to affirm the Commissioner's decision to deny Plaintiff Jeremiah M. Sullivan's application for disability insurance benefits and deny Plaintiff's Motion to Remand. Plaintiff filed no objection to the Recommendation. The Court has considered the matter and agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 22] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. The final decision of the Commissioner is **AFFIRMED**, and Plaintiff's Motion to Remand [Doc. 13] is **DENIED**.

**SO ORDERED,** this 28th day of January, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT